YU LESEBERG, P.C.
1645 N. VINE, PENTHOUSE 1002
LOS ANGELES, CALIFORNIA 90028
TELEPHONE: 310-286-7667

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HOLIDAY LEGACY IP, LLC, a California limited liability company; DEBORAH HOLIDAY, an individual; HARMONY HOLIDAY, an individual; and SARA HOLIDAY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE CLEVELAND, an individual and as the personal representative of THE ESTATE OF ELIZABETH HOLIDAY; JEFFREY WOESTE, an individual; and DOES 1 through 10, <br><br> Defendants. | Case No. CV-14-837 CBM (ASx) <br><br> ORDER DISMISSING ACTION <br><br> [JS-6] |

ORDER DISMISSING ACTION

## **ORDER**

Pursuant to the parties' Stipulation, this action is hereby dismissed in its entirety, with prejudice and with plaintiffs, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 23, 2015  _____
The Honorable Consuelo B. Marshall
Senior United States District Judge